FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 1 8 2008
GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01183-ZLW-CBS

DEREK I. ALLMON,

    Plaintiff,

v.

BUREAU OF PRISONS,
MICHAEL K. NALLEY, Dir.,
R.V. VEACH, Warden,
R. WILEY, Warden,
MR. CHURCH, Captain,
K.O. BRECHBILL, Lieutenant,
L. BRAREN, SIS Tech,

    Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: __July 16, 2008__

BY THE COURT:

*signature*

ZITA L. WEINSHIENK,
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01183-ZLW-CBS

Derek I. Allmon
Reg. No. 12579-076
UPS - ADXMAX
PO Box 8500
Florence, CO 81226

R.V. Veach, R. Wiley, Mr. Church, K.O. Brechbill, and L. Braren- **WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

Harley G. Lappin, Director -**CERTIFIED**
Federal Bureau of Prisons
320 1st St., N.W.
Washington, D.C. 20534

Michael Nalley - **CERTIFIED**
North Central Regional Director
400 State Ave., Ste 800
Kansas City, KS 66101

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Synsvoll for service of process on R.V. Veach, R. Wiley, Mr. Church, K.O. Brechbill, and L. Braren and to Harley G. Lappin, Michael Nalley; The United States Attorney General; and to the United States Attorney's

Office: COMPLAINT FILED 06/05/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/16/08.

GREGORY C. LANGHAM, CLERK

By: / Deputy Clerk