IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01183-ZLW-CBS

DEREK I. ALLMON,
    Plaintiff,
v.

BUREAU OF PRISONS,
MICHAEL K. NALLEY, Dir.,
R.V. VEACH, Warden,
R. WILEY, Warden,
MR. CHURCH, Captain,
K.O. BRECHBILL, Lieutenant, and
L. BRAREN, SIS Tech,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Allmon's "Request for Prohibitory Injunction to Cease Discrimination and Other Civil Violations by the BOP" (filed October 22, 2008) (doc. # 29). Pursuant to the Order of Reference dated July 23, 2008 (doc. # 8) and the memorandum dated October 24, 2008 (doc. # 30), this matter was referred to the Magistrate Judge. The court has reviewed the matter, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Mr. Allmon asserts "I am making a diligent effort to successfully battle civil action No. 08-cv-01183-ZLW-CBS. I continue to be discriminated against, my correspondence obstructed and my F[irs]t Amendment right[s] violated by Ron Wiley and staff at ADX Florence." A claim for denial of the constitutional right of access to the courts requires Mr. Allmon to show that any denial or delay of access to the court prejudiced him in pursuing nonfrivolous litigation. *Peterson v. Shanks*, 149 F.3d 1140, 1145 (10th Cir. 1998). *See also Trujillo v. Williams*, 465 F.3d at 1226 (to state a claim for denial of access to the courts, a plaintiff "must show that any denial or delay of access to the court prejudiced him in

pursuing litigation") (citation omitted). Mr. Allmon asserts that unidentified BOP staff hindered the mailing of a letter to "60 Minutes" and his sons. Mr. Allmon has not alleged that he was prejudiced in pursuing any litigation. Mr. Allmon has submitted numerous filings in this case, all of which have been accepted and considered by the court. Mr. Allmon fails to provide a legal or factual basis for his request for a "prohibitory injunction."

Accordingly, IT IS ORDERED that Mr. Allmon's "Request for Prohibitory Injunction to Cease Discrimination and Other Civil Violations by the BOP" (filed October 22, 2008) (doc. # 29) is DENIED.

DATED at Denver, Colorado, this 27th day of October, 2008.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge