IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01183-ZLW-CBS

DEREK I. ALLMON,

    Plaintiff,

v.

BUREAU OF PRISONS,
MICHAEL K. NALLEY, Dir.,
R.V. VEACH, Warden,
R. WILEY, Warden,
MR. CHURCH, Captain,
K.O. BRECHBILL, Lieutenant,
L. BRAREN, SIS Tech,

    Defendants.

---

ORDER

---

The matter before the Court is Plaintiff's Motion To Reconsider Doc. No. 33 And 34. Having reviewed Plaintiff's motion and the underlying motion to seal Plaintiff's letter of October 30, 2008, the Court concludes that the October 31, 2008, Order sealing Plaintiff's letter properly was entered. Accordingly, it is

ORDERED that Plaintiff's Motion To Reconsider Doc. No. 33 And 34 (Doc. No. 37) is denied.

DATED at Denver, Colorado, this __13th__ day of _____November_____, 2008.

BY THE COURT:

*[signature]*
ZITA L. WEINSHIENK, Senior Judge
United States District Court