**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Craig B. Shaffer**

---

**Civil Action:   08-cv-01183-ZLW-CBS**                **FTR** - Reporter Deck-Courtroom A402
**Date:   July 22, 2010**                              **Courtroom Deputy:**  Linda Kahoe

---

DEREK I. ALLMON,                                       *Pro se (via phone)*

      Plaintiff,

v.

R. WILEY, *et al.,*                                    Susan Begesse Prose

      Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   PRELIMINARY SCHEDULING CONFERENCE**
**Court in session:        11:15 a.m.**
Court calls case.  Appearance of counsel.  *Mr. Allmon appears pro se via phone.*

Discussion regarding Request to Recuse, doc #[83] filed 7/6/2010.

For the reasons as stated on the record, it is:

**ORDERED:**   Plaintiff's Request to Recuse, doc #[83] is **DENIED.**

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE**
**SCHEDULING CONFERENCE HELD THIS DATE:**

Discovery Cut-off:  **NOVEMBER 30, 2010**

Dispositive Motions deadline:  **JANUARY 7, 2011**

Plaintiff may serve a total of 45 interrogatories.

Defendants may serve a total of 45 interrogatories.

Plaintiff may serve a total of 20 requests for production.

Defendants may serve a total of 20 requests for production.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

Discussion regarding settlement.  Based on the positions of the parties, a settlement conference will not be set.

Ms. Prose advises the court of heightened communication restrictions on Mr. Allmon.

Ms. Prose states that some documents may not be able to be produced, even with a protective order in place.  The court states it could review documents *in camera*.  The court advises Mr. Allmon of the limits on discovery under the Federal Rules of Civil Procedure.  The court refers to Rule 26(b)(1), Rule 26(b)(2), and Rule 26(c).

HEARING CONCLUDED.
**Court in recess:**          **11:45 a.m.**
Total time in court:    00:30

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.