IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01183-MSK-CBS

DEREK I. ALLMON,

        Plaintiff,

v.

R.WILEY, Warden,
MR. CHURCH, Captain, and
L. BRAREN, SIS Tech,

        Defendants.

---

ORDER TO CURE DEFICIENCY

---

Krieger, Judge

    Plaintiff submitted a Notice of Appeal on October 25, 2011. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      __X__   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      __X__   is not submitted
      ____   is missing affidavit
      ____   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
      ____   is missing required financial information
      ____   is missing an original signature by the prisoner
      ____   is not on proper form (must use the court's current form)
      ____   other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Plaintiff filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED this 27th day of October, 2011.

**BY THE COURT:**

_Marcia S. Krieger_ (signature)

Marcia S. Krieger
United States District Judge